IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

        Plaintiff,

vs.                                CRIMINAL NO. 13-30147-DRH

KATRELL M. TROTTER,

        Defendant.

## ORDER

Upon motion of the United States of America, the Court grants the Motion to Dismiss Indictment (Doc. 44) pending against Katrell Trotter. The indictment charging Defendant with making a false statement during the purchase of a firearm and making a false statement to a special agent of the Bureau of Alcohol, Tobacco, Firearms and Explosives in violation of Title 18, United States Code, Sections 924(a)(1)(A) and 1001(a)(2) is hereby **DISMISSED with prejudice** following of Mr. Trotter's successful completion of the pretrial diversion program on August 20, 2015.

**IT IS SO ORDERED.**

Signed this 26th day of August, 2015.

Digitally signed by David R. Herndon
Date: 2015.08.26 12:36:53 -05'00'

_____
DAVID R. HERNDON
United States District Court Judge